Edward D. Boyack, Esq.
Nevada Bar No. 5229
Jason W. Onello
Nevada Bar No. 14411
**BOYACK ORME & ANTHONY**
7432 W. Sahara Avenue, Suite 101
Las Vegas, Nevada 89117
Ted@boyacklaw.com
Jason@boyacklaw.com
702.562.3415
702.562.3570 (fax)
*Attorney for Elkhorn Community Association*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| PROF-2013-S3 LEGAL TITLE TRUST, BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE,<br><br>Plaintiff,<br><br>vs.<br><br>SUMMIT REAL ESTATE GROUP, INC., a Nevada corporation; PREMIER ONE HOLDINGS, INC., a Nevada Corporation; ELKHORN COMMUNITY ASSOCIATION, a Nevada non-profit corporation; ATC ASSESSMENT COLLECTION GROUP, LLC FKA ANGIUS & TERRY COLLECTIONS LLC, a Nevada Limited-Liability Corporation,<br><br>Defendants. | Case No. 2:17-cv-02080-APG-PAL<br><br>**MOTION TO REMOVE ATTORNEY FROM SERVICE LIST** |

COMES NOW Counterdefendant, Elkhorn Community Association (hereinafter "Elkhorn"), by and through its attorney of record, Edward D. Boyack, of the law firm of Boyack Orme & Anthony, and moves this Court to Remove Christopher B. Anthony from the CM/ECF

[The rest of page intentionally left blank]

service list for the matter as he is no longer the handling attorney.

DATED this 3rd day of November, 2017.

**IT IS SO ORDERED** this 28th day of November, 2017.

*(signature)*
Peggy A. Leen
United States Magistrate Judge

**BOYACK ORME & ANTHONY**

By: /s/ Edward D. Boyack
EDWARD D. BOYACK, ESQ.
Nevada Bar No. 5229
JASON W. ONELLO, ESQ.
Nevada Bar No. 14411
7432 W. Sahara Avenue, Suite 101
Las Vegas, Nevada 89117
*Attorney for Defendant Elkhorn Community Association*

**CERTIFICATE OF SERVICE**

I certify that I am an employee of Boyack Orme & Anthony, and that on this 3rd day of November, 2017, I served a true and correct copy of the foregoing **MOTION TO REMOVE ATTORNEY FROM SERVICE LIST** as follows:

___ by placing same to be deposited for mailing in the United States Mail, in a sealed envelope upon which first class postage was prepaid in Las Vegas, Nevada

_X_ via electronic means by operation of the Court's electronic filing system, upon each party in the case who is registered as an electronic case filing user with the Clerk

___ via facsimile

___ via hand delivery

By: /s/ Norma Ramirez
An Employee of Boyack Orme & Anthony