Edward D. Boyack, Esq.
Nevada Bar No. 5229
Patrick A. Orme, Esq.
Nevada Bar No. 7853
**BOYACK ORME & ANTHONY**
7432 W. Sahara Avenue, Suite 101
Las Vegas, Nevada 89117
ted@boyacklaw.com
pat@boyacklaw.com
702.562.3415
702.562.3570 (fax)
*Attorney for Elkhorn Community Association*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| PROF-2013-S3 LEGAL TITLE TRUST, BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE,<br><br>Plaintiff,<br><br>vs.<br><br>SUMMIT REAL ESTATE GROUP, INC., a Nevada corporation; PREMIER ONE HOLDINGS, INC., a Nevada Corporation; ELKHORN COMMUNITY ASSOCIATION, a Nevada non-profit corporation; ATC ASSESSMENT COLLECTION GROUP, LLC FKA ANGIUS & TERRY COLLECTIONS LLC, a Nevada Limited-Liability Corporation,<br><br>Defendants. | Case No. 2:17-cv-02080-APG-PAL<br><br>**DEFENDANT ELKHORN COMMUNITY ASSOCIATION's MOTION TO REMOVE ATTORNEY FROM SERVICE LIST** |

COMES NOW, Defendant Elkhorn Community Association, by and through its attorneys Boyack Orme & Anthony, and requests this Court to remove Jason W. Onello, Esq. from the E-Service List of this case, as Mr. Onello is no longer associated with our firm, Boyack Orme & Anthony.

///

///

///

The representation of Elkhorn Community Association will continue to be handled by Edward D. Boyack, Esq., and necessary support staff.

DATED this 28TH day of March, 2018.

**BOYACK ORME & ANTHONY**

By: /s/ Edward D. Boyack
EDWARD D. BOYACK, ESQ.
Nevada Bar No. 5229
Patrick A. Orme, Esq.
Nevada Bar No. 7853
7432 W. Sahara Avenue, Suite 101
Las Vegas, Nevada 89117
*Attorneys for Defendant,*
*Elkhorn Community Association*

## CERTIFICATE OF SERVICE

I certify that I am an employee of Boyack Orme & Anthony, and that on this 28th day of March, 2018, I served a true and correct copy of the foregoing **DEFENDANT, ELKHORN COMMUNITY ASSOCIATION'S, MOTION TO REMOVE ATTORNEY FROM SERVICE LIST** as follows:

___ by placing same to be deposited for mailing in the United States Mail, in a sealed envelope upon which first class postage was prepaid in Las Vegas, Nevada

_X_ via electronic means by operation of the Court's electronic filing system, upon each party in the case who is registered as an electronic case filing user with the Clerk

___ via facsimile

___ via hand delivery

By: /s/ Sherri Tyrrell
An Employee of Boyack Orme & Anthony

**IT IS SO ORDERED** this 2nd day of April, 2018.

Peggy A. Leen
United States Magistrate Judge