WRIGHT, FINLAY & ZAK, LLP
Natalie C. Lehman, Esq.
Nevada Bar No. 12995
Paterno C. Jurani, Esq.
Nevada Bar No. 8136
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964 - Fax (702) 946-1345
pjurani@wrightlegal.net
*Attorneys for Plaintiff, PROF-2013-S3 Legal Title Trust, by U.S. Bank National Association, as Legal Title Trustee*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PROF-2013-S3 LEGAL TITLE TRUST, BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE, <br><br> Plaintiff, <br><br> vs. <br><br> SUMMIT REAL ESTATE GROUP, INC., a Nevada corporation; PREMIER ONE HOLDINGS, INC., a Nevada Corporation; ELKHORN COMMUNITY ASSOCIATION, a Nevada non-profit Corporation; ATC ASSESSMENT COLLECTION GROUP, LLC FKA ANGIUS & TERRY COLLECTIONS LLC, a Nevada Limited-Liability Corporation; F. BONDURANT, LLC, a Nevada Limited-Liability Company; DANNY, LLC, a Nevada Limited-Liability Company, <br><br> Defendants. | Case No.: 2:17-cv-02080-APG-PAL <br><br><br> **STIPULATION AND ORDER DISCLAIMING INTEREST AND DISMISSING DEFENDANT SUMMIT REAL ESTATE GROUP, INC.** |

Plaintiff, PROF-2013-S3 Legal Title Trust, by U.S. Bank National Association, as Legal Title Trustee (hereinafter "U.S. Bank"), and Defendant, Summit Real Estate Group, Inc. (hereinafter "Summit"), by and through their respective counsel of record, hereby stipulate and agree as follows:

Page 1

1    WHEREAS the above-captioned action concerns Defendant, Elkhorn Community

2 Association's (the "HOA") NRS Chapter 116 non-judicial foreclosure sale on or about January

3 9, 2013 ("HOA Sale") involving certain real property located in Clark County, Nevada,

4 commonly known as 8040 Tailwind Avenue, Las Vegas, NV 89131; APN: 125-16-315-059;

5    WHEREAS U.S. Bank filed its Complaint on August 1, 2017, alleging several causes of

6 action against Summit in connection with the HOA Sale and the Property [ECF No. 1];

7    NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED that Summit

8 hereby disclaims any and all interest in the Property;

9    IT IS FURTHER STIPULATED AND AGREED that Summit shall be dismissed with

10 prejudice;

11    IT IS FURTHER STIPULATED AND AGREED that within thirty (30) days after

12 execution of this stipulation and order, Summit shall provide to U.S. Bank its files and/or

13 documents with respect to the real property located at 8040 Tailwind Avenue, Las Vegas, NV

14 89131; APN: 125-16-315-059 concerning the HOA Sale, subject to any and all  applicable

15 objections and privileges;

16    IT IS FURTHER STIPULATED AND AGREED that, upon proper notice by U.S. Bank

17 in accord with the Federal Rules of Civil Procedure, Summit shall make available a

18 knowledgeable witness for deposition limited to the HOA Sale of the Property, and subject to

19 any and all applicable objections and privileges.  Summit shall be provided an opportunity to

20 coordinate with U.S. Bank's counsel for a mutually convenient time, date, and location of such

21 deposition.  Summit reserves all rights, defenses, and remedies relative to the notice of

22 deposition.

23    IT IS FURTHER STIPULATED AND AGREED that nothing in this stipulation and

24 order should be construed as intended to benefit any other party not identified as the parties

25 hereto;

26    IT IS FURTHER STIPULATED AND AGREED that nothing in this stipulation and

27 order is intended to be, or will be, construed as an admission of the claims or defenses of the

28 parties;

1    IT IS FURTHER STIPULATED AND AGREED that each side will bear its own

2  attorney's fees and costs through the date of entry of the Court's Order granting this Stipulation.

3    IT IS SO STIPULATED AND AGREED.

4    WHEREFORE, the undersigned request this Court enter an Order granting the above

5  Stipulation.

6  DATED this 13th day of August, 2018.          DATED this 13th day of August, 2018.

7

8  WRIGHT, FINLAY & ZAK, LLP               THE WRIGHT LAW GROUP, P.C.

9  */s/ Paterno C. Jurani, Esq.*              */s/ Christopher B. Phillips, Esq.*
   Natalie C. Lehman, Esq.                   John H. Wright, Esq.
10 Nevada Bar No. 12995                      Nevada Bar No. 6182
   Paterno C. Jurani, Esq.                   Christopher B. Phillips, Esq.
11 Nevada Bar No. 8136                       Nevada Bar No. 14600
   7785 W. Sahara Avenue, Suite 200          2340 Paseo Del Prado, #D305
12 Las Vegas, Nevada 89117                   Las Vegas, NV 89102
13 *Attorneys for Plaintiff, USROF III Legal Title*    *Attorneys for Defendant, Summit Real Estate*
   *Trust 2015-1, by U.S. Bank National*      *Group, Inc.*
14 *Association, as Legal Title Trustee*

15

16

17                              **ORDER**

18    **IT IS SO ORDERED**.

19     Dated: August 14, 2018.

20

21                              _____
                                UNITED STATES DISTRICT COURT JUDGE

22

23

24

25

26

27

28

Page 3