**TYSON & MENDES LLP**
MARGARET E. SCHMIDT
Nevada Bar No. 12489
Email: mschmidt@tysonmendes.com
3960 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 724-2648
Fax: (702) 938-1048

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PROF-2013-S3 LEGAL TITLE TRUST, BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE,<br><br>Plaintiff,<br><br>vs.<br><br>SUMMIT REAL ESTATE GROUP, INC., a Nevada corporation; PREMIER ONE HOLDINGS, INC., a Nevada Corporation; ELKHORN COMMUNITY ASSOCIATION, a Nevada non-profit Corporation; ATC ASSESSMENT COLLECTION GROUP, LLC FKA ANGIUS & TERRY COLLECTIONS LLC, a Nevada Limited-Liability Corporation; F. BONDURANT, LLC, a Nevada Limited-Liability Company; DANNY, LLC, a Nevada Limited-Liability Company,<br><br>Defendants. | Case No. 2:17-cv-02080-APG-PAL<br><br>**MOTION FOR REMOVAL FROM ELECTRONIC SERVICE LIST** |

Margaret E. Schmidt, Esq. respectfully moves this Court for removal from the electronic service list in the above-referenced matter. Ms. Schmidt is not, and has never been affiliated with the law firm(s) or the attorney(s) of record for defendant Elkhorn Community Association, and Ms. Schmidt has not represented defendant Elkhorn Community Association in this matter or in any other matter.

/ / /

/ / /

/ / /

/ / /

/ / /

1

As such, Margaret E. Schmidt, Esq. believes she was mistakenly added to the electronic service list, and respectfully requests that this Court enter an Order removing her from such service list in this matter.

DATED this 10th day of September, 2018.

Respectfully submitted,

TYSON & MENDES LLP

*/s/ Margaret E. Schmidt, Esq.*
MARGARET E. SCHMIDT
Nevada Bar No. 12489
3960 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 724-2648

**IT IS SO ORDERED:**

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

DATED: September 12, 2018

2

## CERTIFICATE OF SERVICE

The undersigned, an employee of Tyson & Mendes LLP, hereby certifies that on the 10th day of September 2018, a copy of the foregoing **MOTION FOR REMOVAL FROM ELECTRONIC SERVICE LIST**, was served electronically to all parties of interest through the Court's CM/ECF system.

*/s/ Kathryn Savage-Koehm*
An employee of Tyson & Mendes LLP
